Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Federal District of Columbia

Civil Division

Isaac Wilder Koeppen
Maureen Wilder Koeppen

_____

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Golden Eagle Distribution
Richard Riesenbeck
Michael Riesenbeck
Christine Riesenbeck

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Case: 1:24−cv−01279 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 4/25/2024
Description: Employ. Discrim. (H−DECK)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Isaac Wilder Koeppen / Maureen Wilder Koeppen
- Street Address: 18244 Deep Passage Ln 33931
- City and County: Ft. Myers Beach, Lee Co.
- State and Zip Code: Florida 33931
- Telephone Number: 202-696-8723
- E-mail Address: wilderm012@gmail.com / wilderm012@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

*Use additional pages as needed

RECEIVED
APR 25 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of 6

**Defendant No. 1**
- Name: Golden Eagle Distributing Company
- Job or Title (if known):
- Street Address: 9669 Highway 168
- City and County: Hannibal
- State and Zip Code: Missouri 63401
- Telephone Number: 573-221-0908
- E-mail Address (if known):

**Defendant No. 2**
- Name: Richard Riesenbeck
- Job or Title (if known): CEO/owner
- Street Address: 18132 Deep Passage Lane
- City and County: Lee County
- State and Zip Code: Ft Myers Beach, Florida 33931
- Telephone Number: 573-248-7812
- E-mail Address (if known):

**Defendant No. 3**
- Name: Christine Riesenbeck, Michael Riesenbeck
- Job or Title (if known): CEO Golden Eagle Distrbtn
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: Golden Eagle Distribution
Street Address: 18132 Deep Passage Lane
City and County: Lee County, Ft Myers Beach
State and Zip Code: Florida 33931
Telephone Number: 573-221-0908

II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to (check all that apply):

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

☑ Other federal law (specify the federal law):
    Sex trafficking

☑ Relevant state law (specify, if known):
    Sexual assault

☐ Relevant city or county law (specify, if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts (specify): Sexual bodily harm by 2/1/23 assault, car accident, trafficking

*sexual downloaded phone? Stole cell phone on 2/28/23*

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) ___1/24/23 - present___

C. I believe that defendant(s) (check one):
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- [x] race __African Ethiopian perceived Asian__
- [x] color __black (perceived)__
- [x] gender/sex __transgender (perceived)__
- [x] religion __Catholic, Jewish (perceived)__
- [x] national origin __Ethiopian__
- [x] age (year of birth) __1974__ (only when asserting a claim of age discrimination.)
- [x] disability or perceived disability (specify disability) __Bipolar perceived, dyslexic perceived__

E. The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6



my son is not transgender, neither am I. The post says hurt Trans people as much as possible" The ONION. It's under the name Jeremy Berman. I was based in VANDALIA, OH as a flight

12/18/23    ONION 19?3

attendant. I was yelled at by a man from Annapolis, MD at Crescent St. at Margaritaville. He said I was entitled and selfish. (I had a vacuum w/me) I had been cleaning... he came off Ohio Ave. I screamed honked my horn - noone would help me.

2/29/23 My son and I were invited to Valeries a "show" it was a drag show, she looked like Maryjane" she called my son pretty girl. He laughed said thanks... they slapped him in the face outside and called me a snitch. Harley guys. I was fired from the pool. A truck driver from Missouri and his wife invited me to a hotel for their wedding anniversary... her name is VIRGINIA, they are hispanic, I said NO. The detective said I was on trial. (for RAPE)

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* ___EEOC wrote 7/20/23, I informed on or about an earlier date___

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* _____

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

*I was unable to access was to be emailed for wrong info like job title - was not. 2nd address.*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- 18132 Deep Passage Lane Ft. Myers Beach Florida, 33931 — my parents and my neighbor. ongoing harassment, he admitted he sexually assaulted me he apologized, said he was drunk and laughing said he "caught" the Dementia, wanted to know if I liked it. He sits at the edge of the driveway. He is a Harley guy, we are followed frequently, a post under the other neighbors name says "hurt trans people

Page 5 of 6

CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF:** Maureen Wilder Koeppen / Isaac Wilder Koeppen

**Address:** 13127 Langton Ct.

**City/State/Zip:** Ft. Myers FL 33919

**VS.** Golden Eagle Distributing

**DEFENDANT:** Richard Riesenbeck, Michael Riesenbeck, Christine Riesenbeck

**Address:** 18132 Deep Passage Lane

**City/State/Zip:** Ft. Myers Beach FL 33931

**CIVIL ACTION NO.** _____

**Jury Trial:** ☒ Yes ☐ No

---

Richard Risenbeck $22 million dollars pain, suffering, moving, rape trauma,

immediate possession

**Clarification of Relief**

★ — the property located at 18132 Deep Passage Lane Ft. Myers Beach 33931 and all existing contents and furnishings

Golden Eagle Distributing → This Golden Eagle office property is located down the street from my family home. I have been constantly harassed by Richard and his guests. I cannot visit or stay with my family where I lived at 18244 Deep Passage Lane as I once did. I was forced to relocate. I can gain loss wages from leasing this property as a VRBO and live in it as can my sons and be near my family without risk of harassment.

★ he appears to have tried to kill us both in car accident.

Rev: 01/10/2023
*Use additional pages as needed

**Signature:** Maureen Wilder Koeppen

**Name (if applicable, Prisoner ID No.):**

**Address/Facility Address:** 13127 Langton Ct.

**City/State/Zip:** Ft. Myers Fl 33919

Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3/26/21  1/25/24

Signature of Plaintiff  _____
Printed Name of Plaintiff  Maureen Wilder Koepper

B.   For Attorneys

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

Page 6 of 6